| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sandoval, Brian E. | 2. Court or Organization<br><br>District Court-Nevada | 3. Date of Report<br><br>05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>400 S. Virginia Street, 8th Fl<br>Reno, NV 89501 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 14 A 11:21 FINANCIAL DISCLOSURE OFFICE

Sandoval_Brian_E

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | The Children's Cabinet-Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney-FMA Plus | A | Interest | J | T | | | | | |
| 2. Smith Barney-Scholars Choice | A | Dividend | J | T | | | | | |
| 3. Smith Barney-Regular | A | Interest | J | T | | | | | |
| 4. Smith Barney-Regular | A | Interest | J | T | | | | | |
| 5. Berkshire Hathaway, Inc. Class B | A | Dividend | J | T | | | | | |
| 6. Nevada State Treasurer Prepaid Tuition Program | None | | K | W | | | | | |
| 7. Hartford Variable Director VI-Individual Variable Annuity | A | Dividend | K | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. Diamonds Trust Ser 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 10. Powershares QQQ Trust Ser 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 11. IRA #2 | | | | | | | | | |
| 12. TIERS Series S&P 2003-10 Mutual Fund | A | Dividend | | | Sold | 5-22 | K | A | See Note #1, Part VIII |
| 13. Eaton Vance Tax-Managed Buy-Write Opportunities Mutual Fund | A | Dividend | J | T | Open | 8-18 | J | | See Note #1, Part VIII |
| 14. Nuveen Equity Premuim Opportunity Mutual Fund | A | Dividend | J | T | Open | 8-18 | J | | See Note #1, Part VIII |
| 15. Nuveen Equity Premium Advantage Mutual Fund | A | Dividend | J | T | Open | 8-18 | J | | See Note #1, Part VIII |
| 16. Alliance Bernstein FDS LargeCapGrowth FD Class B Mutual Fund | A | Dividend | | | Closed | 8-1 | | A | See Note #2, Part VIII |
| 17. Alliance Bernstein FDS LargeCapGrowth FD Class A Mutual Fund | A | Dividend | J | T | Open | 8-1 | J | | See Note #2, Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney-FMA Plus | A | Interest | J | T | | | | | |
| 2. Smith Barney-Scholars Choice | A | Dividend | J | T | | | | | |
| 3. Smith Barney-Regular | A | Interest | J | T | | | | | |
| 4. Smith Barney-Regular | A | Interest | J | S | | | | | |
| 5. Berkshire Hathaway, Inc. Class B | A | Dividend | J | T | | | | | |
| 6. Nevada State Treasurer Prepaid Tuition Program | | None | K | W | | | | | |
| 7. Hartford Variable Director VI-Individual Variable Annuity | A | Dividend | K | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. Diamonds Trust Ser 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 10. Powershares QQQ Trust Ser 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 11. IRA #2 | | | | | | | | | |
| 12. TIERS Series S&P 2003-10 Mutual Fund | A | Dividend | | | Sold | 5-22 | K | A | See Note #1, Part VIII |
| 13. Eaton Vance Tax-Managed Buy-Write Opportunities Mutual Fund | A | Dividend | J | T | Open | 8-18 | J | | See Note #1, Part VIII |
| 14. Nuveen Equity Premuim Opportunity Mutual Fund | A | Dividend | J | T | Open | 8-18 | J | | See Note #1, Part VIII |
| 15. Nuveen Equity Premium Advantage Mutual Fund | A | Dividend | J | T | Open | 8-18 | J | | See Note #!, Part VIII |
| 16. Alliance Bernstein FDS LargeCapGrowth FD Class B Mutual Fund | A | Dividend | | | Closed | 8-1 | J | A | See Note #2, Part VIII |
| 17. Alliance Bernstein FDS LargeCapGrowth FD Class A Mutual Fund | A | Dividend | J | T | Open | 8-1 | J | | See Note #2, Part VIII |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)            U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. John Hancock Small Cap Equity FD Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 19. John Hancock Regional Bank Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 20. John Hancock Regional Bank Class B Mutual Fund | A | Dividend | J | T | | | | | |
| 21. IRA #3 | | | | | | | | | |
| 22. RVS VP Large Cap Equity Fund | A | Dividend | J | T | | | | | |
| 23. AIM V.1. Core Equity Fund | A | Dividend | J | T | | | | | |
| 24. Putnam VT New Opportunity Fund | A | Dividend | J | T | | | | | |
| 25. IRA #4 | | | | | | | | | |
| 26. Ameriprise Trust Co. Mid Cap Growth Fund-B Mutual Fund | A | Dividend | | | Closed | 7-11 | J | A | See Note #3, Part VIII |
| 27. RVS Mid Cap Growth Fund A Mutual Fund | A | Dividend | J | T | Open | 7-11 | J | | See Note #3, Part VIII |
| 28. Ameriprise Trust Co. Large Cap Equity B Mutual Fund | A | Dividend | | | Closed | 7-11 | J | A | See Note #4, Part VIII |
| 29. RVS Large Cap Equity Fund A Mutual Fund | A | Dividend | J | T | Open | 7-11 | J | | See Note #4, Part VIII |
| 30. Ameriprise Trust Co. Growth Fund-B Mutual Fund | A | Dividend | | | Closed | 7-11 | J | A | See Note #5, Part VIII |
| 31. RVS Growth Fund A Mutual Fund | A | Dividend | J | T | Open | 7-11 | J | | See Note #5, Part VIII |
| 32. Ameriprise Trust Co. Global Equity Fund-B Mutual fund | A | Dividend | | | Closed | 7-11 | J | A | See Note #6, Part VIII |
| 33. Threadneedle Global Equity Fund-A Mutual Fund | A | Dividend | J | T | Open | 7-11 | J | | See Note #6, Part VIII |
| 34. Ameriprise Trust Co. RVS AGG. Growth Fund-B Mutual Fund | A | Dividend | | | Closed | 7-11 | J | A | See Note #7, Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000

(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000

(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market

(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RVS Partners Aggressive Growth Fund-A Mutual Fund | A | Dividend | J | T | Open | 7-11 | J | | See Note #7, Part VIII |
| 36. Riversource Flexible Portfolio Annuity, TSA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Sandoval, Brian E. | . | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. The shares in the mutual fund identified in Part VII, Row 12 were sold. The proceeds from the sale were used to purchase the shares in the mutual funds identified in Part VII, Rows 13, 14 and 15.

2. The shares in the mutual fund identified in Part VII, Row 16 were unilaterally transferred by the fund manager from "B" shares to "A" shares as identified in Part VII, Row 17.

3. The fund manager unilaterally changed the name of the mutual fund identified in Part VII, Row 26 to the name described in Part VII, Row 27.

4. The fund manager unilaterally changed the name of the mutual fund identified in Part VII, Row 28 to the name described in Part VII, Row 29.

5. The fund manager unilaterally changed the name of the mutual fund identified in Part VII, Row 30 to the name described in Part VII, Row 31.

6. The fund manager unilaterally changed the name of the mutual fund identified in Part VII, Row 32 to the name described in Part VII, Row 33.

7. The fund manager unilaterally changed the name of the mutual fund identified in Part VII, Row 34 to the name described in Part VII, Row 35.

8. The deposit account identified in the 2007 report at Part VII, Row 6 was removed as that account earned less than $200 in interest income.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544